No. 741. ANDERSON ET AL., TRUSTEES, *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John H. Crooker, Jr.* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *S. Billingsley Hill* for the United States.

No. 742. THE ARLINGTON, INC. ET AL. *v.* MAYER. C. A. 7th Cir. Certiorari denied. *Meyer Abrams* for petitioners. *Cassius M. Doty* for respondent.

No. 744. CURTIS, TRUSTEE IN BANKRUPTCY, *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Samuel T. Gaines* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *A. F. Prescott* for the United States.

No. 747. MAGIDSON *v.* DUGGAN, TRUSTEE, ET AL. C. A. 8th Cir. Certiorari denied. *James C. Jones, Jr.* for petitioner. *Geo. O. Durham* for respondents.

No. 752. DUNAWAY ET AL. *v.* STANDARD OIL CO. (NEW JERSEY) ET AL. C. A. 5th Cir. Certiorari denied. *Arthur H. Bartelt* for petitioners. *Robert H. Kelley* for the Standard Oil Co.; *Wm. A. Dougherty, James Lawrence White* and *Wm. Q. Boyce* for the Colorado Interstate Gas Co.; and *Wales H. Madden* for the Southwestern Development Co., respondents.

No. 753. GEORGE *v.* LEONARD ET AL. C. A. 4th Cir. Certiorari denied. *Warren E. Miller* and *R. K. Wise* for petitioner. *David W. Robinson* for respondents.